CO  FILE  DEPT  CLOCK  vchr no.
Y9A  009404  011135  A  0000490277  1
282-0001

## JM Johnson Matthey
*Inspiring science, enhancing life*

456 DEVON PARK DRIVE
WAYNE, PA 19087

## Earnings Statement  ADP

| | |
|---|---|
| Period Beginning: | 11/17/2018 |
| Period Ending: | 11/30/2018 |
| Pay Date: | 12/07/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

CHARLITA A ANDREWS
1108 RHODORA AVENUE
READING PA 19605

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.8846 | 64.00 | 1,400.61 | 34,486.74 |
| Overtime | 32.8269 | 8.00 | 262.62 | 12,407.24 |
| Double Time | 21.8846 | 12.00 | 525.24 | |
| Holiday | 21.8846 | 16.00 | 350.15 | |
| Second Shift | | | 200.00 | 4,765.20 |
| Bonus | | | | 3,779.93 |
| Pto | | | | 4,222.52 |
| **Gross Pay** | | | **$2,738.62** | 66,022.78 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan Pmt | -28.19 | |
| **Net Pay** | **$1,937.68** | |
| Check Deposit | -1,937.68 | |
| **Net Check** | **$0.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -280.07 | | 6,942.17 |
| Social Security Tax | -165.90 | | 3,995.96 |
| Medicare Tax | -38.80 | | 934.54 |
| PA State Income Tax | -82.09 | | 1,977.37 |
| Muhlenberg T Income Tax | -26.74 | | 644.07 |
| PA SUI/SDI Tax | -1.64 | | 39.61 |
| **Other** | | | |
| Critical Ill | -4.06 | | 101.50 |
| Dental | -10.00* | | 250.00 |
| Id Protect | -6.44 | | 161.00 |
| Local Serv. Tax | -2.00 | | 50.00 |
| Ltd Insurance | -4.20 | | 103.04 |
| P.T.O. Buy | -19.52* | | 488.00 |
| Pension | -26.26 | | 611.41 |
| Prem Coshare | -30.00* | | 750.00 |
| Vision | -5.00* | | 125.00 |
| 401K | -70.03* | | 1,630.52 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,604.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.74 | 41.26 |
| Bonus Earnings | | 3,779.93 |

© 2000 ADP LLC

## JM Johnson Matthey
*Inspiring science, enhancing life*

456 DEVON PARK DRIVE
WAYNE, PA 19087

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHARLITA A ANDREWS | xxxxx | xxxx xxxx | $1,937.68 |

Advice number: 00000490277
Pay date: 12/07/2018



**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
Y9A 009404 011135 A 0000510280
287-0001

## JM Johnson Matthey
### Inspiring science, enhancing life

456 DEVON PARK DRIVE
WAYNE, PA 19087

# Earnings Statement 

Period Beginning: 12/01/2018
Period Ending: 12/14/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

CHARLITA A ANDREWS
1108 RHODORA AVENUE
READING PA 19605

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.8846 | 76.00 | 1,663.23 | 36,149.97 |
| Overtime | 32.8269 | 20.00 | 656.54 | 13,063.78 |
| Gift Card | | | 50.00 | 50.00 |
| Second Shift | | | 212.00 | 4,977.20 |
| Bonus | | | | 3,779.93 |
| Pto | | | | 4,222.52 |
| **Gross Pay** | | | **$2,581.77** | 68,604.55 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -246.34 | 7,188.51 |
| | Social Security Tax | -156.18 | 4,152.14 |
| | Medicare Tax | -36.53 | 971.07 |
| | PA State Income Tax | -77.28 | 2,054.65 |
| | Muhlenberg T Income Tax | -25.17 | 669.24 |
| | PA SUI/SDI Tax | -1.55 | 41.16 |
| | **Other** | | |
| | Critical Ill | -4.06 | 105.56 |
| | Dental | -10.00* | 260.00 |
| | Gift Card | -50.00 | 50.00 |
| | Id Protect | -6.44 | 167.44 |
| | Local Serv. Tax | -2.00 | 52.00 |
| | Ltd Insurance | -4.20 | 107.24 |
| | P.T.O. Buy | -19.52* | 507.52 |
| | Pension | -24.95 | 636.36 |
| | Prem Coshare | -30.00* | 780.00 |
| | Vision | -5.00* | 130.00 |
| | 401K | -66.53* | 1,697.05 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan Pmt | -28.19 | |
| **Net Pay** | **$1,787.83** | |
| Check Deposit | -1,787.83 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,450.72

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 1.74 | 43.00 |
| Bonus Earnings | | 3,779.93 |

© 2000 ADP, LLC

## JM Johnson Matthey
### Inspiring science, enhancing life

456 DEVON PARK DRIVE
WAYNE, PA 19087

Advice number: 00000510280
Pay date: 12/21/2018

Deposited to the account of
CHARLITA A ANDREWS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx | xxxx xxxx | $1,787.83 |



THIS IS NOT A CHECK

# NON-NEGOTIABLE