```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-18430-elf
Charlita A. Andrews                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore           Page 1 of 1           Date Rcvd: Jun 11, 2019
                              Form ID: pdf900           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
```
db              Charlita A. Andrews,    1108 Rhodora Ave,    Reading, PA  19605-1350
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:37:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2019 02:38:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
```
              JAMES W. ZERILLO    on behalf of Debtor Charlita A. Andrews jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHARLITA A. ANDREWS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-18430-ELF |
| AMERICREDIT FINANCIAL SERVICES, INC., ) | |
| dba GM FINANCIAL ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | HEARING DATE: **4-10-19 at 9:30** |
| ) | **AM** |
| CHARLITA A. ANDREWS ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about June 7, 2019 (Doc. # 27) is **APPROVED**.

Dated:   6/10/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**