# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlita A. Andrews<br>　　　　　　Debtor<br><br>DITECH FINANCIAL LLC<br>　　　　　　Movant<br>　　v.<br>Charlita A. Andrews<br>　　　　　　Debtor<br><br>Scott Waterman<br>　　　　　　Trustee | CHAPTER 13<br>BK NO: 18-18430 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby; **ORDERED** that the deadline to file the Stipulation be extended to July 22, 2019.

Dated: 6/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**