IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |  |
|---|---|---|---|
| CHARLITA ANDREWS | : | Chapter 13 |
|  | : |  |
|  | : |  |
|  | : |  |
| Debtor | : | No. 18-18430 |
|  | : |  |
|  | : |  |
|  | : | Attorney I.D. No. 40499 |

CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on August 14, 2019, I caused a true and correct copy of a First Amended Chapter 13 Plan to be sent to each of the following interested parties by certified mail or electronically:

Charlita Andrews
1108 Rhodora Ave.
Reading, PA 19605-1350

Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, Pa 19122

AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183853
Arlington, TX 76096

NAVY FEDERAL CREDIT UNION
P.O. BOX 3000
MERRIFIELD, VA 22119

Police and Fire Federal Credit Union
3333 Street Road
Bensalem, PA 19020

Directv, LLC
by American Info Source as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Ashley Funding Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Met-Ed
101 Crawford's Cnr Rd.
Bldg #1 Ste. 1-511
Holmdel, NJ 07733

Ditech Financial, LLC
P.O. Box 6154
Rapid City, SD 57709-6154

Scott Waterman
United States Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313
James W. Zerillo on behalf of Debtor Charlita Andrews
jameszerillo@gmail.com, jzerillo@millerzerillolaw.com

                By:    /s/ James W. Zerillo, Esquire
                         James W. Zerillo, Esquire
                         Attorney for Debtor
                         937 N. Hanover Street
                         Pottstown, PA 19464
                         (610)326-9333
                         jzerillo@millerzerillolaw.com