# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    CHARLITA ANDREWS    :    Chapter 13
                                :
                                :    No. 18-18430
        Debtor                :    Attorney I.D. No. 40499

**ORDER GRANTING APPROVAL OF ATTORNEY'S FEES**

AND NOW, this _____ day of _____, 2019, upon Notice and Hearing upon the Application for Compensation of Attorney's Fees; it is hereby

**ORDERED** that the Application for Compensation of Attorney's Fees is in the amount of $2,990.00 dollars.

        BY THE COURT:

        _____
        HONORABLE ERIC L. FRANK

cc:

Charlita Andrews
1108 Rhodora Ave.
Reading, PA 19605

Aargon
8668 Spring Mountain Rd.
Las Vegas, NV 89117-4132

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Direct TV
2230 E. Imperial Hwy
El Segundo, CA 90245-3504

Ditech Mortgage
P.O. Box 6172
Rapid City, SD 57709-6172

GM Financial
P.O. Box 181145
Arlington, TX 76096-1145

IC System
P.O. Box 64378
Saint Paul, MN 55164-0378

J.M. Winston Radiology & Assoc., Inc.
P.O. Box 536065
Pittsburgh, PA 15253-5902

KML Law Group PC
701 Market St. Ste. 5000-Bny
Philadelphia, PA 19106-1538

Met Ed
P.O. Box 16001
Reading, PA 19612-6001

Navy Federal Credit Union Visa
P.O. Box 3700
Marrifield, VA 22119-3700

P.A. Public Utility Commission
P.O. Box 3265
Harrisburg, PA 17105-3265

PECO
P.O. Box 37629
Philadelphia, PA 19101-0629

```
PECO Service Center
2301 Market St.
Philadelphia, PA 19103-1338

Penn State Health
P.O. Box 829725
Philadelphia, PA 19182-9725

Police and Fire FCU
7500 Castor Ave.
Philadelphia, PA 19152-4002

Reger Rizzo Darnall, LLP
2929 Arch St. Fl 13
Philadelphia, PA 19104-2857

Verizon Corporate Services
1 Verizon Way
Basking Ridge, NJ 07920-1025

Verizon Recovery Department
P.O. Box 650051
Dallas, TX 75265-0051

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
```

James W. Zerillo on behalf of Charlita Andrews
jameszerillo@gmail.com