## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                                            : Chapter 13
                                               :
Charlita Andrews                               :
                                               :
          Debtor                               : Case No. 18-18430


## <u>AMENDED ORDER</u>


     **AND  NOW**  this  _____  day  of  _____,  2019,  upon

consideration  of  the  Application  for  Compensation  filed  by  the  Debtors' counsel   and

upon  the  Applicant's  certification  that  proper  service  has  been  made  on  all  interested

parties and upon the Application's Certification of No Response,

     It is hereby **ORDERED** that:

1.  The Application is **GRANTED**.

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **<u>$2,990.00</u>**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative

expense  pursuant  to  11  U.S.C  section  1326(b),  11  U.S.C.  section  507,  11  U.S.C.  section

503(b)  and  11  U.S.C.  section  330  (a)(4)(b),  the  allowed  compensation  set  forth  in  the

2016 (b) statement  less **<u>$1,190.00</u>** which was paid by the Debtor prepetition, to the extent

such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

                   BY THE COURT



                   _____
                   Bankruptcy Judge


Dated: