IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : Chapter 13 |
| | : |
| Charlita Andrews | : |
| | : |
| Debtor | : Case No. 18-18430 |

## ORDER

**AND NOW** this \_\_6th\_\_ day of \_\_December\_\_, 2019, upon consideration of the Application for Compensation filed by the Debtors' counsel and upon the Applicant's certification that proper service has been made on all interested parties and upon the Application's Certification of No Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,990.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C section 1326(b), 11 U.S.C. section 507, 11 U.S.C. section 503(b) and 11 U.S.C. section 330 (a)(4)(b), the allowed compensation set forth in the 2016 (b) statement less **$1,190.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**