| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-18430-PMM

CHARLITA A ANDREWS  
1108 RHODORA AVE  
READING PA  19605-1350

Petition Filed Date: 12/28/2018  
341 Hearing Date: 02/26/2019  
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2019 | $256.00 | 17842960314 | 02/25/2019 | $255.30 | | 03/19/2019 | $256.00 | 17890814411 |
| 06/03/2019 | $256.00 | 208583135574 | 06/28/2019 | $256.00 | 17975726578 | 07/08/2019 | $256.00 | 17890814704 |
| 07/30/2019 | $256.00 | 17975726692 | 09/10/2019 | $500.00 | 17685428094 | 09/10/2019 | $123.00 | 17685428095 |
| 10/16/2019 | $500.00 | 17685428222 | 10/16/2019 | $135.00 | 17685428223 | 12/03/2019 | $135.00 | 17685428376 |
| 12/03/2019 | $500.00 | 17685428375 | 01/02/2020 | $135.00 | 19048986484 | 01/02/2020 | $500.00 | 19048986483 |
| 02/28/2020 | $135.00 | 19048986727 | 02/28/2020 | $500.00 | 19048986726 | 04/20/2020 | $400.00 | |
| 05/18/2020 | $400.00 | 19097752491 | 08/11/2020 | $200.00 | 19120929435 | | | |

**Total Receipts for the Period: $5,954.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,954.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JAMES W ZERILLO ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $265.92 | $0.00 | $265.92 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 02A | Secured Creditors | $1,615.70 | $287.82 | $1,327.88 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 02B | Secured Creditors | $531.00 | $94.60 | $436.40 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $500.32 | $0.00 | $500.32 |
| 5 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $2,347.45 | $0.00 | $2,347.45 |
| 6 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $1,081.02 | $0.00 | $1,081.02 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $770.03 | $0.00 | $770.03 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 007 | Unsecured Creditors | $11.95 | $0.00 | $11.95 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 008 | Unsecured Creditors | $5,338.10 | $0.00 | $5,338.10 |
| 10 | DITECH FINANCIAL LLC<br>»» 009 | Mortgage Arrears | $17,109.55 | $3,047.90 | $14,061.65 |

**Chapter 13 Case No. 18-18430-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,954.30 | Current Monthly Payment: | $634.67 |
| Paid to Claims: | $5,230.32 | Arrearages: | $3,441.37 |
| Paid to Trustee: | $543.97 | Total Plan Base: | $34,782.47 |
| Funds on Hand: | $180.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.