### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charlita A. Andrews<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　　　Movant<br>　　　vs.<br>Charlita A. Andrews<br>　　　　　　　　　Debtor(s) | NO. 18-18430 PMM |
| Scott Waterman<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, and notice of the motion having been served on all interested parties, and no objection having been filed thereto,

It is hereby ORDERED that the Motion is **GRANTED** and the Loan Modification Agreement executed on *September 9, 2020* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*/s/ Patricia M. Mayer*

United States Bankruptcy Judge.

**Date: October 15, 2020**