**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    CHARLITA ANDREWS    :    CHAPTER 13
:
:    NO. 18-18430-pmm
DEBTOR    :
:    ATTORNEY I.D. NO. 40499

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

James W. Zerillo, Esquire attorney to Debtor has filed a Motion for Approval of Modification of Chapter 13 Plan Post-Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 11, 2020 you or your attorney must do all of the following:

    (a)  File an answer explaining your position at

    Clerk's Office, U.S. Bankruptcy Court
    The Robert Nix Building
    900 Market Street
    Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  Mail a copy to the Movant's attorney:

    James W. Zerillo, Esquire
    937 N. Hanover Street
    Pottstown, PA 19464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on November 19, 2020 at 11:00 A.M. at The Gateway Building, 201 Penn Street 4th Floor Courtroom 4 Reading, PA 19601, unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankruptcy P 9014(d).

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

    You may contact the Bankruptcy Clerk's office at 215.408.2800 to find out whether the hearing has been cancelled because no one filed an answer.