IN THE UNITED STATES BANRUPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| CHARLITA ANDREWS | : | Chapter 13 |
|  | : |  |
|  | : |  |
|  | : |  |
| Debtor | : | No. 18-18430 |
|  | : |  |
|  | : |  |
|  | : | Attorney I.D. No. 40499 |

CERTIFICATION OF SERVICE

I, JAMES W. ZERILLO, ESQUIRE, counsel for the Debtor, hereby certify that on October 27, 2020, I caused a true and correct copy of a Motion For Approval of Modification of Chapter 13 Plan Post-Confirmation to be sent to each of the following interested parties by certified mail or electronically:

Charlita Andrews
1108 Rhodora Ave.
Reading, PA 19605-1350

AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183853
Arlington, TX 76096

New Rez, LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Scott Waterman
United States Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

James W. Zerillo on behalf of Debtor Charlita Andrews
jameszerillo@gmail.com


                                                    By:   /s/ James W. Zerillo, Esquire
                                                              James W. Zerillo, Esquire
                                                               Attorney for Debtor
                                                                937 N. Hanover Street
                                                                Pottstown, PA 19464
                                                                (610)326-9333
                                                                jzerillo@millerzerillolaw.com