**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Charlita Andrews** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **Bky. No. 18-18430-pmm** |

# ORDER

**AND NOW**, this _____ day of _____, 2020, upon Notice and Hearing upon the Debtor's Motion for Modification of Post-Confirmation Plan Amendment:

It is hereby **ORDERED** that:

1. The proposed Modification of the Debtor's Chapter 13 Plan is approved.


**Date:** _____                    _____
                                                                     **PATRICIA M. MAYER,**
                                                                     **U.S. BANKRUPTCY JUDGE**