### IN THE UNITED STATES BANRUPCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Charlita Andrews | : | Chapter 13 |
| | : | |
| | : | No. 18-18430-elf |
| | : | |
| Debtor | : | Attorney I.D. No. 40499 |

### CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the Motion to Modify Plan Post Confirmation filed on October 27, 2020.

The undersigned further certifies that he has reviewed the Court's Docket in this case and that no answer, objection, or other responsive pleading to the Motion appears thereon.

Dated: November 18, 2020

By: /s/ James W. Zerillo, Esq.
James W. Zerillo, Esquire
Counsel for Debtor
937 N. Hanover Street
Pottstown, PA 19464
Tel. (610) 326-9333