# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Charlita Andrews : Chapter 13
: 
: 
Debtor : Bky. No. 18-18430-pmm

## ORDER

**AND NOW**, this __19th__ day of ___November___, 2020, upon Notice and Hearing upon the Debtor's Motion for Modification of Post-Confirmation Plan Amendment:

It is hereby **ORDERED** that:

1. The proposed Modification of the Debtor's Chapter 13 Plan is approved.

Date: **November 19, 2020**

_____
**PATRICIA M. MAYER,**
**U.S. BANKRUPTCY JUDGE**