| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-18430-PMM**

CHARLITA A ANDREWS   Petition Filed Date: 12/28/2018
1108 RHODORA AVE   341 Hearing Date: 02/26/2019
READING  PA   19605-1350   Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $135.00 | 19048986484 | 01/02/2020 | $500.00 | 19048986483 | 02/28/2020 | $135.00 | 19048986727 |
| 02/28/2020 | $500.00 | 19048986726 | 04/20/2020 | $400.00 | | 05/18/2020 | $400.00 | 19097752491 |
| 08/11/2020 | $200.00 | 19120929435 | 11/16/2020 | $40.00 | 19165982094 | 11/16/2020 | $210.00 | 19165981689 |
| 01/11/2021 | $300.00 | 19186257449 | 02/11/2021 | $300.00 | 19186257594 | 03/12/2021 | $300.00 | 19202901068 |
| 04/13/2021 | $300.00 | 19222305443 | | | | | | |

**Total Receipts for the Period: $3,720.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,404.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JAMES W ZERILLO ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS<br>»»  001 | Unsecured Creditors | $265.92 | $0.00 | $265.92 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  02A | Secured Creditors | $1,615.70 | $565.23 | $1,050.47 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»»  02B | Secured Creditors | $531.00 | $185.76 | $345.24 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»»  003 | Unsecured Creditors | $500.32 | $0.00 | $500.32 |
| 5 | POLICE & FIRE FCU<br>»»  004 | Unsecured Creditors | $2,347.45 | $0.00 | $2,347.45 |
| 6 | POLICE & FIRE FCU<br>»»  005 | Unsecured Creditors | $1,081.02 | $0.00 | $1,081.02 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  006 | Unsecured Creditors | $770.03 | $0.00 | $770.03 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»»  007 | Unsecured Creditors | $11.95 | $0.00 | $11.95 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»»  008 | Unsecured Creditors | $5,338.10 | $0.00 | $5,338.10 |
| 10 | NEWREZ LLC  D/B/A<br>»»  009 | Mortgage Arrears | $3,207.84 | $3,207.84 | $0.00 |
| 0 | JAMES W ZERILLO ESQ | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 18-18430-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,404.30 | Current Monthly Payment: | $290.91 |
| Paid to Claims: | $5,758.83 | Arrearages: | $586.37 |
| Paid to Trustee: | $645.47 | Total Plan Base: | $20,499.80 |
| Funds on Hand: | $1,000.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.