Charlita Andrews
1108 Rhodora Ave,
Reading pa, 19605
215-980-8000

Hello,

My name is Charlita Andrews Bankruptcy case# 18-18430. I am writing this letter in my response to my Motion to dismiss by trustee Scott F. Waterman. I am terribly sorry for the non-payments.

It has been hard for me to make payments because I lost my Job, and my work checks stop in April. I filled for unemployment until I found another job, but I am still waiting for a response. I just recently found a job and started working on July 12, 2021. I will resume to make my payments and cover my missed payments from May-July, starting August. I am sorry for any inconvenience I may have caused.

Thank you,

Charlita Andrews



FILED
JUL 19 2021
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK