**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Charlita A. Andrews, | : | Case No. 18-18430 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER DIRECTING DEBTOR'S COUNSEL, JAMES W. ZERILLO, ESQ. TO APPEAR FOR HEARING ON MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**AND NOW, WHEREAS**, on July 9, 2021, the Chapter 13 Trustee filed his Motion to Dismiss Case for Failure to Make Plan Payments ("the Motion"), Doc. # 80,

**AND**, the Debtor having filed a *pro se* response in opposition to the Motion, Doc. # 82,

**AND**, a hearing on the Motion having been scheduled for July 29, 2021 at 10:00 AM, see Doc. # 81,

**AND**, upon the call of the case, the Debtor having appeared,

**AND**, Debtor's counsel, Mr. James Zerillo, Esq. having failed to appear at the July 29, 2021 hearing, it is hereby

**ORDERED** that Mr. Zerillo is directed to **APPEAR** for the continued hearing on the Motion scheduled for **Thursday, September 2, 2021 at 11:00 AM.**

Date: July 30, 2021

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE