United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charlita A. Andrews  
    Debtor

Case No. 18-18430-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 30, 2021      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charlita A. Andrews, 1108 Rhodora Ave, Reading, PA 19605-1350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JAMES W. ZERILLO | on behalf of Debtor Charlita A. Andrews jameszerillo@gmail.com  G28910@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jul 30, 2021 Form ID: pdf900 Total Noticed: 1

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Charlita A. Andrews, | : | Case No. 18-18430 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER DIRECTING DEBTOR'S COUNSEL, JAMES W. ZERILLO, ESQ. TO APPEAR FOR HEARING ON MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**AND NOW, WHEREAS**, on July 9, 2021, the Chapter 13 Trustee filed his Motion to Dismiss Case for Failure to Make Plan Payments ("the Motion"), Doc. # 80,

**AND**, the Debtor having filed a *pro se* response in opposition to the Motion, Doc. # 82,

**AND**, a hearing on the Motion having been scheduled for July 29, 2021 at 10:00 AM, see Doc. # 81,

**AND**, upon the call of the case, the Debtor having appeared,

**AND**, Debtor's counsel, Mr. James Zerillo, Esq. having failed to appear at the July 29, 2021 hearing, it is hereby

**ORDERED** that Mr. Zerillo is directed to **APPEAR** for the continued hearing on the Motion scheduled for **Thursday, September 2, 2021 at 11:00 AM.**

Date: July 30, 2021

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**