United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18430-pmm |
| Charlita A. Andrews | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 03, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charlita A. Andrews, 1108 Rhodora Ave, Reading, PA 19605-1350 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2021 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 03 2021 23:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2021 23:30:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 03 2021 23:30:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2021 | Form ID: pdf900 | Total Noticed: 11

Date: Sep 05, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JAMES W. ZERILLO | on behalf of Debtor Charlita A. Andrews jameszerillo@gmail.com G28910@notify.cincompass.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charlita A. Andrews,            :    Chapter 13
                                       :
                   Debtor              :    Bky. No. 18-18430 PMM

---------------------------------------------------------

# ORDER DISGORGING COUNSEL FEES

**AND NOW,** upon consideration of this Court's Order (doc. # 85, the "Order to Appear") entered on July 30, 2021, directing counsel for the Debtor to appear at a hearing regarding the chapter 13 Trustee's Motion to Dismiss the above-captioned bankruptcy case (doc. # 80, the "Motion to Dismiss"):

**AND** this chapter 13 bankruptcy case having been filed on December 28, 2018;

**AND** attorney James W. Zerillo ("Debtor's Counsel") having represented the Debtor from the inception of this case;

**AND** Debtor's Counsel remaining the attorney of record in this matter and, therefore, received notice of the Order to Appear, see Certificate of Notice, doc. #86;

**AND** the Debtor's chapter 13 Plan having been confirmed on September 24, 2019 and modified on November 19, 2020, see doc. #'s 45, 67, 73, 76;

**AND** on December 6, 2019, Debtor's Counsel having been awarded, upon application, fees in the amount of $2,990.00, $1,190.00 of which were paid by the Debtor prior to the commencement of the bankruptcy case, see doc. # 55;

**AND** the Debtor's Modified Plan (doc #73) stating that Debtor's Counsel remains owed approximately $1,000.00, to be paid through the Chapter 13 Modified Plan;[1]

---

[1] The Modified Plan incorrectly states that the amount of the allowed fees is $28,000.00; the correct amount,

**AND** at the initial hearing on the Trustee's Motion to Dismiss, held on July 29, 2021, Debtor's Counsel having failed to appear;[2]

**AND** as a result of Debtor's Counsel failure to appear, this Court entered the Order to Appear on July 30, 2021, ordering that

> [Debtor's Counsel] is **directed to APPEAR** for the continued hearing on the Motion scheduled for **Thursday, September 2, 2021 at 11:00 AM.**

(some emphasis added).

**BUT**, despite the clear and unambiguous language in the Order to Appear, Debtor's Counsel having failed to appear at the continued hearing regarding the Motion to Dismiss;

**AND** Debtor's Counsel having failed to offer an explanation or excuse for his failure to comply with a court order;

**AND** the Court having power to sanction Debtor's Counsel by ordering a disgorgement of fees. See In re Johnson, 408 B.R. 61, 66 (Bankr. W.D. Pa. 2009) (citing Chambers v. NASCO, Inc., 501 U.S. 32 (1991) and stating that "[d]isgorgement of fees is warranted upon failure to comply with court order."); See also In re Fernandez, 2016 WL 5400393, at *3 (Bankr. D.N.M. Sept. 27, 2016); In re Potter, No. 07-1084 M, 2008 WL 1777843, at *2 (Bankr. D.N.M. Apr. 16, 2008);

It is therefore hereby **ORDERED** that:

1) The remaining $1,000.00 balance of fees owed to Debtor's Counsel by the Debtor and scheduled to be paid by the Trustee pursuant to the Debtor's Modified Plan is **disgorged** (the "Funds");

2) The Funds shall be applied by the Trustee to the Debtor's Chapter 13 arrearage

---

pursuant to Order Approving Fees, is $2,990.00, doc. #55.

2 The Debtor, who filed a "pro se" Response to the Motion to Dismiss, doc. #82, stated at the July 29, 2021 hearing

      balance;

3)     Debtor's Counsel **must appear** at the continued hearing on the Motion to Dismiss, which will be held on **Thursday, October 14, 2021 at 11:00 a.m.**

**Date: September 3, 2021**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

that counsel had not returned her phone calls or consulted with her about the Trustee's Motion to Dismiss.