UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    CHARLITA A. ANDREWS | : Bankruptcy No. 18-18430PMM |
| | : |
|    Debtor(s) | : Chapter 13 |

\* \* \* \* \* \* \*

**HEARING TO BE HELD:**
**Date: November 4, 2021**
**Time: 10:00 a.m.**
**Place: United States Bankruptcy Court**
       **The Gateway Building**
       **201 Penn Street**
       **4th Floor Courtroom**
       **Reading, PA  19601**

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Scott F. Waterman, Esq., Trustee has filed Trustee's Motion to Modify Chapter 13 Plan Pursuant to 11 U.S.C. Section 1329.

    YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before October 18, 2021 you or your attorney must do ALL of the following:

    (a) file an answer explaining your position at

    U.S. Bankruptcy Court
    The Gateway Building
    Office of the Clerk, Room, 103
    201 Penn Street
    Reading, PA  19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorney:

      Rolando Ramos-Cardona, Esquire
      for
      Scott F. Waterman, Esq.,
      Standing Chapter 13 Trustee
      Reading, Pennsylvania  19606
      Telephone:  (610) 779-1313

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion if scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, on Thursday, November 4, 2021 at 10:00 a.m. at United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:  September 27, 2021.