**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| CHARLITA A. ANDREWS | : Chapter 13 |
| | : |
| Debtors | : Bankruptcy Case No. 18-18430PMM |

## CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY CHAPTER 13 PLAN POST CONFIRMATION

The undersigned certifies that as of this day there has been no responsive pleading filed with respect to the Trustee's Motion to Modify Chapter 13 Plan Pursuant to 11 U.S.C. Section 1329 and asks the Court to enter the proposed Order as filed with the Motion.

Respectfully submitted,

Date: November 4, 2021

*/s/Rolando Ramos-Cardona*
Rolando Ramos-Cardona, Esq.
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee