UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    CHARLITA A. ANDREWS : Chapter 13
:
           Debtor : Bankruptcy No.  18-18430PMM

**O R D E R**

AND NOW, upon consideration of the Chapter 13 Trustee's Motion to Modify Plan Post Confirmation pursuant to 11 U.S.C. §1329, and any response, it is hereby ordered that the Motion is Granted. The Modified Plan, dated September 20, 2021 is hereby approved.

BY THE COURT:

Dated: **November 5, 2021**

_____
**Patricia M. Mayer, Bankruptcy Judge**