IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHARLITA A. ANDREWS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-18430-PMM |
| AMERICREDIT FINANCIAL SERVICES, INC., ) | |
| dba GM FINANCIAL ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | |
| ) | |
| CHARLITA A. ANDREWS ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor filed on or about October 29, 2021 in the above matter is APPROVED.

Dated: **November 18, 2021**

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE