IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHARLITA A. ANDREWS ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 18-18430-PMM |
| AMERICREDIT FINANCIAL SERVICES, INC., ) | |
| dba GM FINANCIAL ) | 11 U.S.C. 362 |
| **Moving Party** ) | |
| v. ) | |
| ) | |
| CHARLITA A. ANDREWS ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Ford Fusion** bearing vehicle identification number 1FA6P0HDXG5105256 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **February 25, 2022**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE