United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charlita A. Andrews  
    Debtor

Case No. 18-18430-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Apr 28, 2022      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charlita A. Andrews, 1108 Rhodora Ave, Reading, PA 19605-1350 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14282836 | + | Americredit Financial Services, Inc.,, d/b/a GM Financial, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14285182 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14272956 | + | Ditech Financial LLC, c/o Kevin G. McDonald, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14251291 | | Ditech Mortgage, PO Box 6172, Rapid City, SD 57709-6172 |
| 14251294 | | J.M. Winston Radiology $ Assoc., Inc., PO Box 536065, Pittsburgh, PA 15253-5902 |
| 14251295 | + | KML Law Group PC, 701 Market St Ste 5000-Bny, Philadelphia, PA 19106-1541 |
| 14251296 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14282919 | + | Met-Ed, 101 Crawford's Cnr Rd Bldg # 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 14251298 | | P.A. Public Utility Commission, PO Box 3265, Harrisburg, PA 17105-3265 |
| 14251300 | | PECO Service Center, 2301 Market St, Philadelphia, PA 19103-1338 |
| 14251301 | | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 14255662 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14251302 | | Police and Fire FCU, 7500 Castor Ave, Philadelphia, PA 19152-4002 |
| 14272425 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14251303 | | Reger Rizzo Darnall, LLP, 2929 Arch St Fl 13, Philadelphia, PA 19104-2857 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | ^ MEBN | Apr 29 2022 10:19:27 | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | ^ MEBN | Apr 29 2022 10:19:34 | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | ^ MEBN | Apr 29 2022 10:19:40 | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | ^ MEBN | Apr 29 2022 10:19:22 | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 18-18430-pmm    Doc 116    Filed 04/30/22    Entered 05/01/22 00:28:02    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 28 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2022 23:54:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2022 23:54:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14261995 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2022 23:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14251288 | | Email/Text: aargon@ebn.phinsolutions.com | Apr 28 2022 23:54:00 | Aargon, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 14278938 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 23:58:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14251289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 23:58:30 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14251290 | | Email/Text: G06041@att.com | Apr 28 2022 23:54:00 | Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 14278898 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 23:58:27 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14251292 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 28 2022 23:54:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14251293 | | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2022 23:54:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14269102 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 28 2022 23:54:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD VA 22119-3000 |
| 14251297 | | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 28 2022 23:54:00 | Navy Federal Credit Union Visa, PO Box 3700, Merrifield, VA 22119-3700 |
| 14526343 | | Email/Text: mtgbk@shellpointmtg.com | Apr 28 2022 23:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14251299 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 28 2022 23:54:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14251304 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 23:54:00 | Verizon Corporate Services, 1 Verizon Way, Basking Ridge, NJ 07920-1097 |
| 14251305 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 23:54:00 | Verizon Recovery Department, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14251317 | * | Aargon, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 14251318 | * | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14251319 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 14251320 | * | Ditech Mortgage, PO Box 6172, Rapid City, SD 57709-6172 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| | | |
|---|---|---|
| 14251321 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14251322 | * | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14251323 | * | J.M. Winston Radiology $ Assoc., Inc., PO Box 536065, Pittsburgh, PA 15253-5902 |
| 14251324 | *+ | KML Law Group PC, 701 Market St Ste 5000-Bny, Philadelphia, PA 19106-1541 |
| 14251325 | *P++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976, address filed with court:, Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14251326 | * | Navy Federal Credit Union Visa, PO Box 3700, Merrifield, VA 22119-3700 |
| 14251327 | * | P.A. Public Utility Commission, PO Box 3265, Harrisburg, PA 17105-3265 |
| 14251328 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14251329 | * | PECO Service Center, 2301 Market St, Philadelphia, PA 19103-1338 |
| 14251330 | * | Penn State Health, PO Box 829725, Philadelphia, PA 19182-9725 |
| 14251331 | * | Police and Fire FCU, 7500 Castor Ave, Philadelphia, PA 19152-4002 |
| 14251332 | * | Reger Rizzo Darnall, LLP, 2929 Arch St Fl 13, Philadelphia, PA 19104-2857 |
| 14251333 | *+ | Verizon Corporate Services, 1 Verizon Way, Basking Ridge, NJ 07920-1097 |
| 14251334 | * | Verizon Recovery Department, PO Box 650051, Dallas, TX 75265-0051 |
| 14392948 | ##+ | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 19 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

**Name**       **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

JAMES W. ZERILLO
    on behalf of Debtor Charlita A. Andrews jameszerillo@gmail.com G28910@notify.cincompass.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Apr 28, 2022 Form ID: pdf900 Total Noticed: 39
TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　CHARLITA A ANDREWS<br><br>　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 18-18430-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 28, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE