| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-18430-PMM**

CHARLITA A ANDREWS  
1108 RHODORA AVE  
READING  PA   19605-1350

Petition Filed Date: 12/28/2018  
341 Hearing Date: 02/26/2019  
Confirmation Date: 09/24/2019

Case Status: Dismissed After Confirmation on 4/28/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $300.00 | 19222305443 | 09/14/2021 | $300.00 | 19000317572 | 10/26/2021 | $300.00 | 19000316489 |
| 01/07/2022 | $600.00 | | 03/08/2022 | $300.00 | 19362542434 | 04/08/2022 | $300.00 | 19339556484 |

**Total Receipts for the Period: $2,100.00    Amount Refunded to Debtor Since Filing: $15.69    Total Receipts Since Filing: $9,204.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JAMES W ZERILLO ESQ | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $265.92 | $18.10 | $247.82 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 02A | Secured Creditors | $1,615.70 | $1,615.70 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 02B | Secured Creditors | $531.00 | $531.00 | $0.00 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $500.32 | $60.84 | $439.48 |
| 5 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $2,347.45 | $285.44 | $2,062.01 |
| 6 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $1,081.02 | $131.46 | $949.56 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $770.03 | $93.63 | $676.40 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 007 | Unsecured Creditors | $11.95 | $0.00 | $11.95 |
| 9 | MET-ED FIRST ENERGY COMPANY<br>»» 008 | Unsecured Creditors | $5,338.10 | $649.13 | $4,688.97 |
| 10 | NEWREZ LLC  D/B/A<br>»» 009 | Mortgage Arrears | $3,207.84 | $3,207.84 | $0.00 |
| 0 | JAMES W ZERILLO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | CHARLITA A  ANDREWS | Debtor Refunds | $15.69 | $15.69 | $0.00 |

**Chapter 13 Case No. 18-18430-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,204.30 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $8,408.83 | Arrearages: | $0.00 |
| Paid to Trustee: | $795.47 | Total Plan Base: | $19,704.30 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.